09-0357-pr(L)
Kyler v. Senkowski

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

**SUMMARY ORDER**

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY THIS COURT'S LOCAL RULE 32.1.1 AND FEDERAL RULE OF APPELLATE PROCEDURE 32.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 1st day of December, two thousand ten,

Present:     AMALYA L. KEARSE,
             JOHN M. WALKER, JR.,
             ROSEMARY S. POOLER,
                      *Circuit Judges*.

_____

SEAN KYLER,

          *Petitioner-Appellant*,

          -v-                                    09-0357-pr (L), 09-3050-pr (CON)

DANIEL SENKOWSKI, Superintendent,
Clinton Correctional Facility,

          *Respondent-Appellee*.

_____

Appearing for Appellant:     Susan D. Fitzpatrick, Red Hook, NY

Appearing for Appellee:      Malancha Chanda (*of counsel*), *for* District Attorney, New York
                             County (Cyrus R. Vance, Jr.)

_____

Appeal from the United States District Court for the Southern District of New York (McKenna, *J.*).

**ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of said District Court be and it hereby is **AFFIRMED**.

Appellant Sean Kyler appeals from the denial of a writ of habeas corpus by the district court. Following a trial by jury, Kyler was convicted of intentional murder, criminal possession of a weapon in the second and third degrees, and felony-murder. Kyler argues that the jury verdict must be set aside on the grounds that he was subjected to an unduly suggestive lineup, that the government obtained an indictment on false, misleading and perjured evidence, and that the evidence was insufficient to support a conviction for felony-murder. We find Kyler's arguments to be without merit and affirm for substantially the reasons stated by the district court.

We have considered all of Kyler's contentions on this appeal and have found them to be without merit. Accordingly, the judgment of the district court hereby is **AFFIRMED**. Appellee's motion to supplement the record is **DENIED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

2